IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE M. DIXON,

      Plaintiff,                    No. CIV S-05-2650 MCE DAD P

   vs.

T. PLEXICO, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of January 9, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 31, 2006 request for extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: February 9, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
dixo2650.36