IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE M. DIXON,

    Plaintiff,                              No. CIV S-05-2650 MCE DAD P

    vs.

T. PLEXICO, et al.,

    Defendants.                      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has also requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Pursuant to the court's January 9, 2006 order and an extension of time granted on February 9, 2006, plaintiff has filed two new applications to proceed in forma pauperis. The application filed on February 10, 2006, makes the showing required by 28 U.S.C. § 1915(a). The court will grant that application, and the February 24, 2006 application will be denied as moot.

        Plaintiff is required by statute to pay the $250.00 filing fee in installments when funds are available. See 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $2.47 will be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will

1

direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to his prison trust account. These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

Plaintiff's complaint appears to state cognizable claims for relief against defendants Plexico, Saunders, and Ray pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Plaintiff will be directed to submit the documents required for service of the complaint and summons on the defendants.

Plaintiff has requested an application form for legal assistance. The court does not have such a form. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 10, 2006 application to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $2.47. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

1  3. Plaintiff's February 24, 2006 application to proceed in forma pauperis is
2  denied as moot.
3  4. Plaintiff's February 24, 2006 request for appointment of counsel forms is
4  denied.
5  5. Service of the complaint is appropriate for defendants T. Plexico, R. Saunders,
6  and T. Ray.
7  6. The Clerk of the Court shall send plaintiff three USM-285 forms, one
8  summons, an instruction sheet, and a copy of the complaint filed December 30, 2005.
9  7. Within thirty days from the date of this order, plaintiff shall complete the
10  attached Notice of Submission of Documents and submit all of the following documents to the
11  court at the same time:
12  a. The completed Notice of Submission of Documents;
13  b. One completed summons;
14  c. One completed USM-285 form for each defendant listed in number 5
15  above; and
16  d. Four copies of the endorsed complaint filed December 30, 2005.
17  8. Plaintiff shall not attempt service of the complaint and summons on the
18  defendants or request waivers of service of summons.  Upon receipt of the above-described
19  documents, the court will direct the United States Marshal to serve the above-named defendants
20  pursuant to Federal Rule of Civil Procedure 4 without payment of costs.
21  DATED: April 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
dixo2650.1

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE M. DIXON,

    Plaintiff,                    No. CIV S-05-2650 MCE DAD P

    vs.

T. PLEXICO, et al.,                NOTICE OF SUBMISSION

    Defendants.             OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    one completed summons form;

    _____    three completed USM-285 forms; and

    _____    four true and exact copies of the complaint filed December 30, 2005.

DATED: _____.

                                                      _____
                                                      Plaintiff