1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRUCE M. DIXON,

11              Plaintiff,                    No. CIV S-05-2650 MCE DAD P

12        vs.

13   T. PLEXICO, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has requested copies of any court documents sent to him between June

17   30, 2006, and July 29, 2006, as well as copies of Rules 7, 11, 12, 15, 41, 55, 56, and 60 of the

18   Federal Rules of Civil Procedure.  As a general rule, the court will not provide parties with free

19   duplicates of properly served documents.  The docket reflects that no documents were filed in

20   this case between June 20, 2006, and August 7, 2006.  The court is unable to provide parties with

21   copies of the Federal Rules of Civil Procedure.  Accordingly, IT IS ORDERED that plaintiff's

22   August 8, 2006 request is denied.

23   DATED: August 10, 2006.

24

25   _____

26   DAD:13              DALE A. DROZD
     dixo2650.req        UNITED STATES MAGISTRATE JUDGE